No. 93–1656.  EICHELBERGER ET AL. *v.* AYCOCK ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 93–1657.  LOWERY *v.* REDD ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 93–1659.  CAMPBELL *v.* CALIFORNIA.  C. A. 9th Cir.  Certiorari denied.

No. 93–1665.  HUNGER ET AL. *v.* AB ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 93–1666.  STEVENS *v.* BOARD OF LAW EXAMINERS OF TEXAS.  Sup. Ct. Tex.  Certiorari denied.

No. 93–1667.  ALABAMA *v.* MCREYNOLDS.  Ct. Crim. App. Ala.  Certiorari denied.

No. 93–1671.  FRENCH *v.* KING, DIRECTOR OF CAROLINE COUNTY, VIRGINIA, SOCIAL SERVICES, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 93–1675.  DEMATTEIS *v.* PENNSYLVANIA.  Super. Ct. Pa.  Certiorari denied.

No. 93–1676.  FULLER ET AL. *v.* GOLDEN AGE FISHERIES ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 93–1681.  ROSS ET AL. *v.* FORD MOTOR CREDIT CO.  Ct. App. Mo., Western Dist.  Certiorari denied.

No. 93–1682.  BALCOR REAL ESTATE HOLDINGS, INC., FKA BALCOR REAL ESTATE FINANCE, INC. *v.* CLARK, TRUSTEE, BANKRUPTCY ESTATES OF MERIDITH HOFFMAN PARTNERS ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 93–1683.  WHEELER *v.* KIDDER, PEABODY & CO., INC., ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 93–1685.  HEBERT *v.* BROWN, SECRETARY OF VETERANS AFFAIRS.  C. A. Fed. Cir.  Certiorari denied.